# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTES

PAULA MACKENZIE, )
    Plaintiff, )
  v. ) **Case No.: 4:11-cv-40107-FDS**
) 
GLOBAL CREDIT & COLLECTION )
CORPORATION, )
    Defendant. )
)

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 778-2864
Email: kimmel@creditlaw.com